EMR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

JANE DOE,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
\*   JUNE 24, 2025   \*
BROOKLYN OFFICE

NOTICE OF MOTION

Criminal Docket No.  25- CR (211)

Judge Frederic Block
Magistrate Judge Taryn A. Merkl

      PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant JANE DOE's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
           June 24, 2025

                                      JOSEPH NOCELLA, JR.
                                      United States Attorney
                                      Eastern District of New York
                                      Attorney for Plaintiff
                                      271 Cadman Plaza East
                                      Brooklyn, New York 11201

                       By:    *Erin Reid*
                                      Erin Reid
                                      Assistant United States Attorney
                                      (718) 254-7000

Cc:    Clerk of the Court
        Counsel of Record